### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**FRANCISCO ALVARADO**                                                                 **PETITIONER**
Reg. #83766-509

**v.**                                    **CASE NO. 2:25-CV-00256-BSM**

**C. HUMPHREY,** Warden
FCI Forrest City Low                                                                    **RESPONDENT**

### ORDER

After a *de novo* review, Magistrate Judge Edie R. Ervin's recommended disposition

[Doc. No. 12] is adopted and Francisco Alvarado's petition for writ of habeas corpus is

dismissed with prejudice.

IT IS SO ORDERED this 13th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE