**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**FRANCISCO ALVARADO**                                           **PETITIONER**
Reg. #83766-509

**v.**                                  **CASE NO. 2:25-CV-00256-BSM**

**C. HUMPHREY,** Warden
FCI Forrest City Low                                             **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE